**1000**

ing said district court to entertain and determine a motion for a new trial, on grounds of newly discovered evidence.

**ETABLISSMENTS RIGAUD, Inc., Appellant, v. Jane M. HOEY, as Executrix of the Estate of James J. Hoey, Deceased, Appellee.**

**No. 306.**

Circuit Court of Appeals, Second Circuit.

June 28, 1943.

Walter L. Post, of New York City (Edward Holloway, of New York City, and Robert M. Post, of White Plains, of counsel), for appellant.

William L. Lynch, and Mathias F. Correa, U. S. Atty., both of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion below, 50 F.Supp. 598.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. COLLINS RADIO CO.**

**No. 12624.**

Circuit Court of Appeals, Eighth Circuit.

June 29, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

**Ed. NOWICKI v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

**No. 2763.**

Circuit Court of Appeals, Tenth Circuit.

June 9, 1943.

No appearance for petitioner.

George H. West, U. S. Atty., of Topeka, Kan., for respondent.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to file petition for writ of certiorari denied.

**Lula STIPE et al. v. Quintin LITTLE et al.**

**No. 2760.**

Circuit Court of Appeals, Tenth Circuit.

July 1, 1943.

Welch & Welch, of Hugo, Okl., and Richardson, Shartel, Cochran & Pruet, of Oklahoma City, Okl., for appellants.

Ben A. Harper, of Chicago, Ill., Reuel Little, of Madill, Okl., and Ray S. Fellows, of Tulsa, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.